HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ASHLEY E. GARDNER,

    Plaintiff,

v.

JENNIE CLARK, et al.,

    Defendants.

CASE NO. 22-cv-01589-RAJ

ORDER

THIS MATTER comes before the Court on the Stipulated Motion to Continue Trial and Case Schedule Deadlines. Dkt. # 46. For the reasons set forth below, the Court finds good cause to **GRANT** this motion in part and continue the trial to April 2025.

ORDER- 1

Plaintiff filed this lawsuit in August 2022, and trial is set to begin on January 21, 2025. *See* Dkt. # 1-2; Dkt. # 39. On September 6, 2024, the parties filed a third request for a continuance in this case. Dkt. # 44. The Court denied the parties' request for a 120-day continuance because the motion only vaguely mentioned Plaintiff's medical issues and potential for mediation. Dkt. # 45. On November 18, 2024, the parties moved for a continuance again, asking for a trial date in September or October 2025. Dkt. # 46. Along with the motion, the parties submitted a detailed declaration about the Plaintiff's medical condition and procedures that impacted the ability to prepare for trial. Dkt. # 46-1. Given the Plaintiff's medical issues and ongoing medical treatment, the Court finds that good cause exists to grant the motion and continue the trial to April 2025.

Accordingly, the Court **GRANTS** in part the parties' stipulated motion. Dkt. # 46. The Court will continue the trial date to April 2025. The Court directs the clerk to enter a new case schedule consistent with this order. The Court will not permit further delay absent medical opinion to support Plaintiff's prognosis and sufficient justification why the parties cannot proceed. The Court directs the clerk to enter a new case schedule.

Dated this 5th day of December, 2024.

The Honorable Richard A. Jones
United States District Judge

ORDER- 2